Opinion issued June 5, 2025



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00669-CV

———————————

**AMANDA MCCARROLL, Appellant**

**V.**

**PORT OF HOUSTON AUTHORITY, Appellee**

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Case No. 2020-72417

## MEMORANDUM OPINION

Appellant, Amanda McCarroll, filed a notice of appeal from an August 5, 2024 trial court order. Appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On November 13, 2024, appellant was notified that this appeal was subject to dismissal if appellant

did not submit written evidence that she had paid or made arrangements to pay the fee for the preparation of the clerk's record by December 13, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.